Barrett S. Litt, SBN 45527
Stacey Brown, SBN 245661
E-Mail: blitt@littlaw.com
LITT, ESTUAR & KITSON, LLP
1055 Wilshire Boulevard, Suite 1880
Los Angeles, California 90017-1912
Telephone: (213) 386-3114
Facsimile: (213) 380-4585

Michelle Marie Kezirian, SBN 189481
Julius C. Thompson, SBN 198450
Email: jthompson@bettzedek.org
BET TZEDEK LEGAL SERVICES
145 South Fairfax Avenue, Suite 200
Los Angeles, California   90036-2172
Telephone: (323) 549-5862
Facsimile: (323) 549-5880

Attorneys for Plaintiff-Intervener,
Chung Tai International Chan Buddhist Association

Michael B. Montgomery, SBN 34310
Email: mbmontgomery@hotmail.com
CITY ATTORNEY, CITY OF WALNUT
2627 Mission Street, Suite 1
San Marino, California 91108-1639
Telephone: (626) 799-0550
Facsimile: (626) 799-0050

Attorney for Defendant, City of Walnut, California

**United States District Court**
**Central District of California**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cv-06774-GW (MAN) |
| Plaintiff, | [The Honorable George H. Wu] |
| and | |
| CHUNG TAI INTERNATIONAL CHAN BUDDHIST ASSOCIATION, | JOINT STATEMENT RE: SETTLEMENT |
| Plaintiff-Intervener, | |
| v. | |
| CITY OF WALNUT, CALIFORNIA, | |
| Defendant. | |

Plaintiff-Intervener Chung Tai International Chan Buddhist Association ("Zen Center") and Defendant City of Walnut (Defendant), the parties whose signatures appear below and who are the parties remaining in the portion of the above-captioned civil matter with respect to the Complaint in Intervention and matters alleged in or related to the Complaint in Intervention, jointly submit the following Statement re Settlement:

The Zen Center and City of Walnut have reached a settlement with respect to the matters alleged in or related to the Complaint in Intervention. The settlement agreement provides for the payment of monetary compensation, as well as on-going non-monetary relief. The non-monetary relief is provided for in the Agreed Order, submitted herewith. Magistrate Judge Margaret A. Nagle has been the settlement judge in this matter, holding four (4) settlement conferences, and working with the parties to craft the terms of the non-monetary relief. The parties agreed that it made the most sense for this matter to be transferred to Judge Nagle for enforcement of the settlement agreement and Agreed Order. The Agreed Order provides that it shall remain in effect from the date of entry by the Court, through and including August 3, 2015, after which this case shall be fully and finally dismissed. The parties have signed and submitted a Joint Stipulation and [Proposed] Order re Assignment to Magistrate Judge Margaret A. Nagle.

///
///
///
///
///
///
///
///

The parties respectfully request that the Court sign and enter the Agreed Order, and the Joint Stipulation and [Proposed] Order re Assignment to Magistrate Judge Margaret A. Nagle.

Dated: May 29, 2012        LITT, ESTUAR & KITSON LLP

By _____
Barrett S. Litt
Attorneys for Plaintiff-Intervener
Chung Tai International Chan
Buddhist Association

Dated: May 29, 2012        BET TZEDEK LEGAL SERVICES

By _____
Michelle Marie Kezirian
Attorneys for Plaintiff-Intervener
Chung Tai International Chan
Buddhist Association

Dated: May ____, 2012      CITY ATTORNEY, CITY OF WALNUT

By: _____
Michael B. Montgomery
Attorneys for Defendant
City of Walnut

2

     The parties respectfully request that the Court sign and enter the Agreed Order, and the Joint Stipulation and [Proposed] Order re Assignment to Magistrate Judge Margaret A. Nagle.

Dated: May ___, 2012           LITT, ESTUAR & KITSON LLP

By_____
    Barrett S. Litt
    Attorneys for Plaintiff-Intervener
    Chung Tai International Chan
    Buddhist Association

Dated: May ___, 2012           BET TZEDEK LEGAL SERVICES

By_____
    Michelle Marie Kezirian
    Attorneys for Plaintiff-Intervener
    Chung Tai International Chan
    Buddhist Association

Dated: May 30, 2012           CITY ATTORNEY, CITY OF WALNUT

By:_____
    Michael B. Montgomery
    Attorneys for Defendant
    City of Walnut